**Maria KIMBLE, a.k.a. Maria Trinidad Medrano Corona, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 07–74316.**

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 9, 2010.

Bernadette Willeke Connolly, Law Offices of Bernadette W. Connolly, San Jose, CA, for Petitioner.

Michael Christopher Heyse, Trial, John Hogan, Senior Litigation Counsel, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Maria Kimble, a native and citizen of Mexico, petitions from a United States Immigration and Customs Enforcement decision to reinstate her prior exclusion order. We have jurisdiction under 8 U.S.C.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 1252. We review de novo questions of law and due process claims. *Garcia de Rincon v. Dep't Homeland Security*, 539 F.3d 1133, 1136 (9th Cir.2008). We deny the petition for review.

The reinstatement of Kimble's removal order did not violate her due process rights. *See Morales–Izquierdo v. Gonzales*, 486 F.3d 484, 497 (9th Cir.2007) (en banc) ("Reinstatement of a prior removal order—regardless of the process afforded in the underlying order—does not offend due process because reinstatement of a prior order does not change the alien's rights or remedies.").

Kimble's remaining constitutional contentions are not persuasive.

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.